RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
Nevada State Bar No. 14655C
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Ryan Patrick Noe

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00065-GMN-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| RYAN PATRICK NOE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Nicholas Dickinson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Ryan Patrick Noe, that the Revocation Hearing currently scheduled on January 6, 2021 at 9:00 a.m., be vacated and continued to date and time convenient to this Court, but no sooner than one hundred and twenty (120) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to prepare for Mr. Noe's revocation hearing and sentencing. The additional time will also permit the parties to discuss resolution of the matter.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 30th day of December 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ *Katherine Tanaka*<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By /s/ *Nicholas Dickinson*<br>NICHOLAS DICKINSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00065-GMN-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| RYAN PATRICK NOE, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 6, 2021 at 9:00 a.m., be vacated and continued to May 12, 2021, at the hour of 1:00 p.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this  30  day of December 2020.

_____
UNITED STATES DISTRICT JUDGE

3