RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
California State Bar No. 314082
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Ryan Patrick Noe

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN PATRICK NOE,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00065-GMN-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Nicholas Dickinson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Ryan Patrick Noe, that the Revocation Hearing currently scheduled on May 12, 2021 at 1:00 p.m., be vacated and continued to date and time convenient to this Court, but no sooner than one hundred and twenty (120) days.

　　　　This Stipulation is entered into for the following reasons:

1. Mr. Noe has just completed in-patient treatment. Counsel for the defendant requests additional time to prepare for Mr. Noe's revocation hearing and sentencing. The additional time will also permit the parties to discuss resolution of the matter.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 3rd day of May 2021.

RENE L. VALLADARES  
Federal Public Defender

CHRISTOPHER CHIOU  
Acting United States Attorney

By */s/ Katherine Tanaka*  
KATHERINE TANAKA  
Assistant Federal Public Defender

By */s/ Nicholas Dickinson*  
NICHOLAS DICKINSON  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00065-GMN-DJA |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| RYAN PATRICK NOE, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for May 12, 2021 at 1:00 p.m.., be vacated and continued to Wednesday, September 15, 2021, at the hour of 11:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this  4  day of May 2021.

_____
UNITED STATES DISTRICT JUDGE