RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Ryan Patrick Noe

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN PATRICK NOE,<br><br>Defendant. | Case No. 2:20-cr-00065-GMN-DJA<br><br>**JOINT MOTION TO DISMISS THE REVOCATION PETITIONS (ECF NOS. 5 AND 26) AND VACATE THE REVOCATION HEARING** |

The parties, Christopher Chiou, Acting United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Ryan Patrick Noe, respectfully request the Petitions for Revocation of Supervised Release (ECF Nos. 5 and 26) be dismissed and the revocation hearing previously scheduled for March 15, 2022, at 11:30 a.m.., be vacated.

1. On September 6, 2020, United States Probation filed a petition for revocation of supervised release alleging, among others, substance abuse violations. ECF No. 5.

2. On January 25, 2021, this Court ordered modifications to Mr. Noe's supervision, allowing him to enroll in in-patient substance abuse treatment. ECF No. 21.

3. On June 22, 2021, United States Probation filed a second petition for revocation of supervised release based primarily on an alleged new law violation out of Henderson Justice Court. ECF No. 26.

4. On December 15, 2021, the parties appeared for the revocation of supervised release hearing on both petitions. Defense counsel requested a continuance of 90-days. The revocation hearing was rescheduled for March 15, 2022. ECF No. 45.

5. Mr. Noe is working and has continued to do well under supervision, following his in-patient substance abuse treatment program. He successfully completed the community service hours required for the Henderson Justice Court case (21-CRH-000711), and that case has since been dismissed.

6. The parties agree the pending petitions for revocation of supervised release should be dismissed, and that Mr. Noe should be continued on his current terms of supervision.

7. United States Probation agrees with the proposed course of action.

8. Mr. Noe does not object to this dismissal.

DATED this 9th day of March 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Katherine Tanaka*<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By */s/ Joshua Brister*<br>JOSHUA BRISTER<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RYAN PATRICK NOE,<br><br>　　　　Defendant. | Case No. 2:20-cr-00065-GMN-DJA<br><br>**<u>ORDER</u>** |

　　IT IS THEREFORE ORDERED that the Petitions for Revocation of Supervised Release (ECF Nos. 5 and 26) be dismissed and the revocation hearing previously scheduled for March 15, 2022, at 11:30 a.m.., be vacated.

　　DATED this <u>10</u> day of March 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE